IN RE:                          UNITED STATES BANKRUPTCY COURT
                                    WESTERN DISTRICT OF LOUISIANA
HOWARD ROBERTSON         LAKE CHARLES DIVISION       CASE NO.: 13-20720
CAROLYN ROBERTSON
Debtor(s)                                                                                        CHAPTER 13

## AMENDED CHAPTER 13 PLAN PRE CONFIRMATION (12-19-13)

**Reasons for Modification**: This plan amends the original plan filed August 12th, 2013. This pleading is a pre-confirmation modification of Debtor(s) Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The changes to the original plan are indicated in *italics*, and underlined.

    1) CitiMortgage filed an objection, cured herein.
    2) LADOR filed a proof of claim that is less than originally provided for, reflected herein.
    3) IRS filed a proof of claim that is less than originally provided for, reflected herein.
    4) This plan is increasing the amount payable to General Unsecured Creditors.
    *5) This plan is adjusting the rate of interest to be applied to the secured claim of CitiMortgage.*

NUMBER OF MONTHS:    **60 mos**.
PAYMENT AMOUNT:       **$825.00 per month**
FIRST PMT. DUE DATE:    **September 9th, 2013**
ADDITIONAL PLEDGES:   Debtor(s) shall remit to the Trustee copies of Federal and State tax returns (the paperwork) required to be filed for each year you are in your plan, and any proceeds received from tax refunds (the money), for tax years **13, 14, and 15**, **excluding EIC**. (EIC is the only "credit" you may keep).

**I. DIRECT PAYMENTS**
    A. **Calcasieu Parish Tax Collector,** may have a claim for property taxes due. Debtor(s) shall pay this directly "outside" the plan.

**II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL**.

    **NONE**

**III. PAYMENTS DISTRIBUTED BY TRUSTEE**
    A. ADMINISTRATIVE CLAIMS
       1. SIMON, FITZGERALD, COOKE, REED & WELCH requests a fee of **$2,800**.00 to be paid from property of the estate.

    B. POST-PETITION MONTHLY MORTGAGE PAYMENTS
       1. **CitiMortgage** is now treated in section III (D) (1) below.

    C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*
       **NONE**

    D. OTHER SECURED CREDITORS*
       1. **CitiMortgage** has a lien on **Debtors residence located at 1905 Anderson Avenue, Westlake, LA**, valued hereby at **$28,989.24**, will be paid that value with *5.25%* interest over **60** months, receiving **AP** payments of **$250.00** for months **1-7**, then payments of *$590.06* in months **8-60**. Total amortized payment: *$33,023.35*. **This provision is proposing treatment under 11 USC 1322 (c)(2). Upon payment in full of

the amounts proposed above, the mortgage shall be deemed fully satisfied. **CitiMortgage** shall within 90 days of receipt of the last payment, as proposed above, cause all inscriptions or records of the mortgage/lien to be cancelled and surrender the subject note marked "paid in full".

* Secured creditors' lien shall remain until secured claim is paid, effective upon discharge. Each of the above secured claims, if allowed, shall be paid the secured value, as set forth above, or the amount of the secured claim filed, whichever is less.

*Any claim with a secured value of $0 shall be treated as a general unsecured claim.

E. PRIORITY CLAIMS
1. **IRS** will be paid its priority claim of **$2,582.96** over the term of the plan.
2. **LA DOR** will be paid its priority claim of **$953.61** over the term of the plan.

F. UNSECURED CLAIMS
1. NONDISCHARGEABLE
   a. **NONE**
2. CO-SIGNED CLAIMS
   b. **NONE**
3. **Allowed General Unsecured Undisputed Claims** as listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III (C&D) above, or allowed claims filed whether or not listed, estimated to be **$21,899.95**, shall receive a pro rata share of an estimated **$5,000.00**, paying approximately **22.83%**.

**IV. GENERAL TERMS**:

**(A)** The effective date of this plan shall be six(6) months after **August 9, 2013**, the date of filing of the petition.

**(B)** Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).

**(C)** Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

    Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
    1 Lakeshore Drive, Suite 1600
     Lake Charles, LA 70629
     (337) 436-7222

    By: ___/s/ *Karl Helo* _____
    Karl M. Helo, #33886
    ATTORNEY FOR DEBTOR(S)

Date: *December 19, 2013*